UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| A&H GROUP LLC, | CASE NO. 3:24-cv-05769-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SENECA SPECIALTY INSURANCE COMPANY et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

This matter comes before the Court on Plaintiff A&H Group LLC and Defendant Seneca Specialty Insurance Company and Seneca Insurance Company Inc. stipulation to extend the time for Defendants Seneca Specialty Insurance Company and Seneca Insurance Company Inc. to file its Answer to A&H Group LLC's Complaint to December 16, 2024.  (Dkt. No. 12.)

MINUTE ORDER - 1

The Court GRANTS the parties' stipulated motion for extension of time. Defendants Seneca Specialty Insurance Company and Seneca Insurance Company Inc. SHALL file their Answer to Plaintiff's complaint no later than December 16, 2024.

Dated this 27th day of November, 2024.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2